UNITED STATES DISTRICT COURT

__EASTERN__ **District of** __CALIFORNIA__

KYLE KASEY ALLEN,

Plaintiff

V.

COMMISSIONER of SOCIAL SECURITY,
Defendant

**AMENDED ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES**

CASE   1:13-CV-01002-BAM

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

X   GRANTED.

   X   The clerk is directed to file the complaint.

   X   IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐   DENIED, for the following reasons:

ENTER this __9th__ day of __July__, __2013__.

/s/ Barbara A. McAuliffe
Signature of Judicial Officer

BARBARA A. McAULIFFE, U.S. MAGISTRATE JUDGE
Name and Title of Judicial Officer