UNITED STATES DISTRICT COURT

EASTERN _____ **District of** _____ CALIFORNIA

KYLE KASEY ALLEN,

Plaintiff

V.

**AMENDED ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES**

COMMISSIONER of SOCIAL SECURITY,
Defendant

CASE        1:13-CV-01002-BAM

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

X   GRANTED.

    X   The clerk is directed to file the complaint.

    X   IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff.  All costs of service shall be advanced by the United States.

☐   DENIED, for the following reasons:

_____

_____

ENTER this ___9th___ day of _____July_____ , ___2013___ .

_____/s/ Barbara A. McAuliffe_____
Signature of Judicial Officer

BARBARA A. McAULIFFE, U.S. MAGISTRATE JUDGE
Name and Title of Judicial Officer